**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>SARATOGA AND NORTH CREEK RAILWAY, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12313 TBM<br>Chapter 11 |

---

## ORDER APPROVING DISCLOSURE STATEMENT AND SETTING CONFIRMATION HEARING

---

THIS MATTER comes before the Court for consideration of the adequacy of "Second Amended Disclosure Statement for Saratoga and North Creek Railway, LLC's Chapter 11 Plan of Liquidation Dated September 30, 2021" (Docket No. 102-2, the "Disclosure Statement"), which was filed by the Debtor, Saratoga and North Creek Railway, LLC, on November 10, 2021, in support of "Saratoga and North Creek Railway, LLC's Chapter 11 Plan of Liquidation Dated September 30, 2021" (Docket No. 85, the "Plan"). The Plan itself is attached to the Disclosure Statement as Exhibit 1. Adequate notice has been given, and the Court has found that the Debtor's Disclosure Statement contains adequate information as the term is defined by 11 U.S.C. § 1125. Accordingly, it is

ORDERED that the Debtor's Disclosure Statement is hereby APPROVED. It is

FURTHER ORDERED that the Debtor and all parties in interest may now solicit acceptances or rejections of the Plan pursuant to 11 U.S.C. § 1125. It is

FURTHER ORDERED that on or before **November 12, 2021**, the Debtor shall transmit by mail to all creditors and parties in interest whose votes on the Plan are to be solicited, the Plan and the approved Disclosure Statement, a copy of this Order, and a Ballot for Voting on the Plan, which Ballot shall conform to Official Form 314. The Debtor shall also transmit by mail on or before **November 12, 2021** to all parties in interest whose votes on the Plan are not to be solicited (including the United States Trustee) a copy of this Order, the Plan, and the Disclosure Statement. The Debtor shall file a certificate of service with the Court within five (5) days of the date of mailing. It is

FURTHER ORDERED that ballots accepting or rejecting the Plan must be submitted by the holders of all claims or interests entitled to vote on the Plan on or before 5:00 p.m. on **December 10, 2021,** to Debtor's counsel, Jennifer M Salisbury, Markus Williams Young & Hunsicker LLC, 1775 Sherman Street, Ste 1950, Denver, CO 80203. It is

FURTHER ORDERED that on or before **December 10, 2021**, any objection to confirmation of the Plan shall be filed with the Court and a copy thereof served on Debtor's counsel, consistent with Fed. R. Bankr. P. 3020(b)(1). The same date **December 10, 2021**, shall be fixed as the last day for filing written acceptances or rejections of the Plan. It is

FURTHER ORDERED that a hearing for consideration of confirmation of the Plan and such objections is set for **Friday, December 17, 2021, at 9:30 a.m.** before the undersigned Judge in the United States Bankruptcy Court for the District of Colorado, Courtroom E, U.S. Custom House, 721 19th Street, Denver, Colorado.

FURTHER ORDERED that if the hearing involves contested factual issues, the Court will treat the hearing set as a preliminary hearing. Similar to the procedures established in L.B.R. 4001-1(c), no testimony will be taken. Evidence will be accepted at the preliminary hearing by oral offers of proof and exhibits. The parties shall file and exchange witness and exhibit lists by **December 13, 2021**. The parties must also exchange all exhibits they intend to use, or may reasonably anticipate using at any final hearing, by **December 13, 2021**. The parties should not file the actual exhibits unless otherwise directed by the Court. It is

FURTHER ORDERED that at any final evidentiary hearing, if necessary, the parties will be limited to presenting into evidence only the documents exchanged and witnesses specifically identified in accordance with the preceding paragraph of this Order, excluding rebuttal exhibits and witnesses. It is

FURTHER ORDERED that no later than **December 14, 2021**, the Debtor shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim. It is

FURTHER ORDERED that if the Debtor proposes to further amend or modify the Plan in response to any objection, at least 3 business days prior to the confirmation hearing the Debtor shall file with the Court and serve on all objecting parties a response which specifically identifies any amendments(s) made in response to an objection. To such response, the Debtor shall attach a red-lined copy of the Plan reflecting such amendments.

A bar date of September 28, 2020, was previously set for filing proofs of claims herein.

DATED this 10th day of November, 2021.

BY THE COURT:

Thomas B. McNamara

Thomas B. McNamara,
United States Bankruptcy Judge